# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

LEVI Buckhalter #321949
Name under which you were convicted

321949
Your prison number

CIVIL ACTION NO. 20-cv-218-JB-MU

vs.                            (To be supplied by Clerk of Court)

WARDEN: MARY COOK, WARDEN: MONICA MCCOU
Name of Defendant(s)
CAPT. KNIGHT, LT. WHITE, LT WRIGHT

3800 FOUNTAIN CORR. FAC. ATMORE AL 36503
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

FILED APR 14 '20 PM 1:16 USDCALS

E. <u>Pleading the Complaint</u>.  Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations.  You are required to provide facts.  Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>.  This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.  If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs.  A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint.  This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00.  If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint.  Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>.  All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten.  Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>.  Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>.  <u>See</u> Fed. R. Civ. P. 11(a).  No notary is required.

H. <u>Certificate of Service</u>.  Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent.  A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service.  <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>.  This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>.  <u>Do</u> <u>not</u> write letters to the Court.  All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>.  No evidence shall be sent to the Court for filing or storing.


**I. PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

     Yes ( )     No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

     Yes ( )     No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

    2. Court (if federal court, name the district; if state court, name the county): _____

_____

    3. Docket Number: _____

    4. Were you granted the opportunity to proceed without payment of filing fees?

Yes ( )  No ( )

    5. Name of judge to whom the case was assigned: _____

    6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____

_____

_____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of ruling by court: _____

3

## II. __YOUR PRESENT COMPLAINT__.

A. Place or institution where action complained of occurred: Fountian Corr Fac

B. Date it occurred: MARCH 17th 2020

C. Is there a prisoner grievance procedure in this institution? NO

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No (✓)

E. If your answer is YES:

   1. What steps did you take? I EXPLAIN THIS TO LT. WHITE

   2. What was the result? He Placed Levi Buckhalter In The Lock up.

F. If your answer is NO, explain why not: THERE IS NO GRIEVANCE HERE

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

AFTER BREAKFAST ON MARCH 17th 2020 I INMATE LEVI BUCKHALTER CAME FROM EATING TO ENTER 4 CELL INWHICH IS MY ASSIGN DORM, AN INMATE OUT OF CELL NUMBE 3 CAME UP BEHIND ME. AS I WAS SITTING ON THE BENCH IN THE T.V. AREA THIS INMATE NICK NAMED BIG AJ ASSUALTED ME, BLACKEN MY LEFT EYE. LEFT A KNOT ON THE FRONT LEFT SIDE OF MY FACE AND HEAD. AFTER ABOUT A 3 HOUR OR SO. A CALLED FOR SNACK LINE WAS MADE. SO I THEN WENT TO THE SNACK LINE AND THIS SAME INDIVISUAL FOLLOW-ED ME AND HAD 3 MORE GUYS WITH HIM, I ORDERED A 39⁰⁰ DOLLARS WORTH OF SNACK LINE ITEMS. AS I WAS WALKING BACK TO MY DORM THEY TOOK MY BAG AND FORCED ME TO GO TO 3 CELL WITH THEM. THEY HAD ALL MY PERSONAL ITEMS AL-READY IN THIS CELL WITH THEM IN THIER POSSESSION AS IF THEY HAD ALREADY PLANNED THE WHOLE THING. WHEN THE OFFICER LEFT OUT OF 3 CELL THEY SURROUNDED ME ONCE AGAIN AN TOOK ALL OF MY OTHER PERSONAL BELONGING THAT I HAD IN MY HAND AND HIT ME A FEW MORE TIMES. THE CORRECTIONAL OFFICER WAS CALLED AND THEY SAID SOMETHING TO THE OFFICER AND HE TOOK ME TO LT. WHITE. LT. WHITE SAID LOCK HIM IN THE HOT BAY BECAUSE THE INMATES SAID I STOLE SOMETHING GET HIM OUT OF HERE INWHICH NOTHING HAD BEEN REPORTED STOLEN. AS THE OFFICER OPEN THE GATE THE INMATE SNATCH "BUCKHALTER" SHOES AND BAG OF CLOTHING AND HIS BAG OF LEGAL COURT PAPERS AND ALL HIS HYGIEN PRODUCTS. I WAS PLACED IN THE BO BEHAVIOR MODIFICATION DORM WITHOUT AN INTRACTION OF ANY KIND. THERE IS CAMARA FOOTAGE ALL OVER THIS PRISON AND NO BLIND SPOTS TO BE FOUND IF CAREFULLY SCRUTINIZED

## III. PARTIES.

A. Plaintiff (Your name/AIS): LEVI BuckhalTer #321949

   Your present address: 3800 FounTian, AtmoRe Al 36503

B. Defendant(s):

1. Defendant (full name) M. Cook is employed as WARDEN at FounTian CoRR FAc.

   His/her present address is 3800 FounTian, AtmoRe Al 36503.

   (a) Claim against this defendant: DISCRIMINATION/ AssualT/ UNlAWfully DeTAINed.

   (b) Supporting facts (Include date/location of incident):
   ON MAR 17-2020 I WAS ASSAULTED, Placed in A Seg. Unit, And DISCRIMINATED AGAINST BY Being IUeGAlly DeTAINed IN This UNIT.

2. Defendant (full name) M. McCoy is employed as WARDen at FounTian CoRR FAc.

   His/her present address is 3800 FounTian, AtmoRe Al 36503.

   (a) Claim against this defendant: SAME As Above

   (b) Supporting facts (Include date/location of incident):
   SAME As Above

3. Defendant (full name) Willie Knight is employed as CAptiAN at FounTian CoRR FAc

   His/her present address is 3800 FounTian CoRR FAc AtmoRe Al. 36503

(a) Claim against this defendant: _Same As Above_

(b) Supporting facts (Include date/location of incident):

_SAME AS Above_

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _Poss. of Control Substance Class D._

2. When were you convicted? _Geneva County_

3. What is the term of your sentence? _32 Mo._

4. When did you start serving this sentence? _10-1-2019_

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( ~~X~~ )   No (L)

If so, complete the following:

(a) Date of conviction: _NA_

(b) Term of sentence: _NA_

6. What is your expected end of sentence (E.O.S.) date? _11-19-2020_

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

6

Writ of habeas  yes( ) no(✓)        yes( ) no(✓)
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____ *N/A* _____
_____

**V.** State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

I Would Like to be Place iN Standing ReQuired
which is a Lower Level = MAiNly Level #2 Work Release/other.

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

*March 18, 2020*
Date

*Levi Buckhalter*
(Signature of Plaintiff Under Penalty of Perjury)

3800 FountaiN
Current Mailing Address

Atmore Al 36503

*N/A*
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

~ CONTINUATION of STATEMENT ~

INMATE D.J. THAT SLEEP IN 3 DORM AS THE OFFICER WAS ESCORTING ME OUT OF THE DORM THE INMATE TOOK MY SHOES FROM OFF MY FEET IN THE PRESENT OF THIS CORRECTIONAL OFFICER THAT WAS ROVERING THE DORM ON 3-17-2020 AND THIS OFFICER DIDNT SAY ANYTHING TO THESE INMATE'S AS IF HE THOUGHT THESE WERE THIS INMATE SHOE'S I HAVE A PROPERTY List/Sheet DATED 1-13-2020 INSTITUTION KILBY ALABAMA D.O.C STATEING THAT I INMATE LEVI BUCKHALTER HAD ① ONE PAIR of HiGH TOP NIKE SHOE'S SIZE 7½ 1 BLK. WATCH AND MY RING WAS IN MY PROPERTY INWHICH THESE INMATES HAVE TAKEN FROM ME WITH FORCEABLE COMPULION. IT WAS STATED BY THESE INMATES THAT I HAD STOLEN SOME THING. THIS INSTITUTION HAS FULL FOOT BY FOOT CAMARA FOOTAGE. CAMARA CAN BE SEARCHED AND SCRUTINIZED MY EVERY DAY MOVEMENT AND SEE THAT I'VE NEVER STOLEN OR TAKEN ANYTHING FROM ANY-ONE AT ANYTIME. I GO TO THE STORE AND SNACK LINE AND PURCHASE THE THINGS I NEED. PLEASE SEE CAMARA FOOTAGE AT THIS INSTITUTION FOR PROOF. ON 3-18-2020 LT. WRIGHT APPROACHED ME IN THE KITCHEN TO TELL ME THAT MY LEGAL PAPERS THAT HE THOUGHT I WAS LIEING ABOUT FROM THE BEGINNING HAD BEEN FOUND. AND LATER ON THE SAME DAY CAME TO THE HOT BEY/LOCK UP TO GIVE ME A PISS TEST AND ASK ME DID I REFUSE. I SAID NO I DO NOT REFUSE I WILL TAKE A URINE TEST. I DID.

DEFENDANT Cont. Sheet. ①

LT. WHITE, (see All statements of Defendants) Charges Are the Same
As the Above,

MR Leat Bukhals #321949
38DD FOUNTIAN CORZ. FAC
ATMORE. AL 36503
Edam Bed 12.

02 1P
0000923426 APR 10 2020
$ 000.80⁰
MAILED FROM ZIP CODE 36502

UNITED STATE DISTRICT COURT FOR
THE SOUTHERN DIVISON of ALABAMA
UNITED STATE COURTHOUSE
113 St JOSEPH Street
Mobile Ala 36602

LEGA