**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| LEVI BUCKHALTER, | : | |
| Plaintiff, | : | |
| vs. | : | CA 20-0218-JB-MU |
| MARY COOK, et al., | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated July 1, 2020 is **ADOPTED** as the opinion of this Court.1

**DONE and ORDERED** this 6th day of August, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE

---

1 On August 6, 2020, the Court confirmed with the United States Bureau of Prisons and the Alabama Department of Corrections that Plaintiff is not in their custody and the Plaintiff did not provide a forwarding or other address to receive filings in this case. Plaintiff likewise failed to provide the Court with such an address.